# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142583

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TERRY HOEY,
      Plaintiff-Appellee,

v

                                       SC: 142583
                                       COA: 298919

GENERAL MOTORS CORPORATION,
      Defendant-Appellant.
                                       WCAC: 08-000076

_____/

On order of the Court, the application for leave to appeal the December 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

                                        Clerk

t0418